421 A.2d 206

**In re ESTATE of John DuPUY, Deed of Trust.**

**Appeal of John DuPUY.**

Supreme Court of Pennsylvania.

Argued Sept. 24, 1980.
Decided Nov. 3, 1980.

John M. Kish, Pittsburgh, for appellant.

Robert D. Ferguson, Tucker, Arensberg, Very & Ferguson, Pittsburgh, for Pittsburgh National Bank, appellee.

William D. Sutton, Louise W. Yoder, Thorp, Reed & Armstrong, Pittsburgh, for Alma DuPuy, appellee.

### ORDER

PER CURIAM:

Decree of the Court of Common Pleas of Allegheny County is affirmed. Each party is to pay costs.